IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLARENCE ALLUMS, #168471, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 2:11cv496-TMH |
| J. C. GILES, et al., | ) |
| Respondents. | ) |

**ORDER AND OPINION**

On October 24, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 54). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. The petition for writ of habeas corpus relief filed by Clarence Allums is DENIED.

2. This case is DISMISSED with prejudice.

Done this the 21st day of _November, 2013.

/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE